**Electronically Filed**
**Supreme Court**
**SCWC-15-0000444**
**15-SEP-2016**
**02:32 PM**

SCWC-15-0000444

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JOHN E. KNIGHT, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000444;SPP NO. 14-1-0023; CR. NO. 91-2108)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Castagnetti, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant John E. Knight's

application for writ of certiorari filed on August 1, 2016, is

hereby rejected.

DATED: Honolulu, Hawai'i, September 15, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Jeanette H. Castagnetti

